*Joseph Dazette vs*
*James May as administrator*
*of Francois Melchar & al*

Be it remembered that on this twenty Second day of Sctober one thousand eight hundred & twenty five, in open Court appeared Joseph Dazette as principal & Joseph Andre Dit Clark as Security, & acknowledged themselves jointly & severally to owe unto James May as administrator in the above entitled cause the sum of one hundred Dollars, to be levied upon their several goods & chattels, lands & tenements hereditament & real Estate, upon Condition, that if the said Joseph Dazette, who has this day filed his Bill in Chancery, & prayed an Injunction against the said James May as such administrator, shall pay all money & costs due, or which may become due to the said James May as such administrator in any action at Law, & also all such costs, as shall be awarded against him in Case the Injunction shall be dissolved— then this recognizance to be void, otherwise to be, & remain in full force, virtue & effect—

JOSEPH DAZET
(L.S.)

Taken & acknowledged
in open Court this 22nd day
of October 1825—

His
Joseph Andre  +  Dit Clark (L.S.)
mark

J. KEARSLEY
Clerk.

Supreme Court Sept$^r$ term 1826— Summons against Jer: V. R. Ten Eyck—

Territory of Michigan

The United States of America *to the Marshal of the United States, Territory of Michigan* Greeting:

You are hereby commanded to summon Jeremiah V. R. Ten Eyck of the City of Detroit to be and appear before the Judges of the Supreme Court at the Council House in the City of Detroit on Wednesday the twenty seventh day of September Instant at Ten O'Clock in the forenoon, to shew cause if any he has, why he has not delivered to John Winder Clerk of our Supreme Court of the Territory of Michigan, the public books of record of our said Court, as also the files and papers and seal of said Court, and which belong and appertain to the office of Clerk of our said Court— in obedience to the order of the Judges of our said Court made the twenty fifth day of September Instant and which books of record and other papers together with the seal of our said Court, were on the nineteenth day of September Instant and still are as we are informed in the possession of the said Jeremiah V. R. Ten Eyck— And of this writ with your doings herein make due return forthwith to our said Supreme Court at the Council House in said City of Detroit

Witness James Witherell presiding Judge of the Supreme Court at the Council

House in the City of Detroit this twenty sixth day of September in the year of our Lord one thousand Eight hundred and Twenty six—

By order of the Court

JOHN WINDER—

Clerk.